FILED
OCT 15 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:26 CR 00471 |
| GAMALIEL OQUENDO, | ) | Title 18, United States Code, Section 924(c)(1)(A)(i); Title 21, United States Code, Sections 841(a)(1) and 846 |
| Defendant. | ) | |

**JUDGE CALABRESE**

COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, 21 U.S.C. § 846)

The Grand Jury charges:

1. From on or about January 8, 2026, to on or about January 14, 2026, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant GAMALIEL OQUENDO, and others known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with each other to distribute and possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

COUNT 2
(Attempted Possession with Intent to Distribute Cocaine, 21 U.S.C. § 846)

The Grand Jury further charges:

2. On or about January 14, 2026, in the Northern District of Ohio, Eastern Division, Defendant GAMALIEL OQUENDO did knowingly and intentionally attempt to possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable

amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A).

COUNT 3
(Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

3. On or about January 14, 2026, in the Northern District of Ohio, Eastern Division, Defendant GAMALIEL OQUENDO knowingly possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 4
(Possession of Firearm in Furtherance of Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

4. On or about January 14, 2026, in the Northern District of Ohio, Eastern Division, Defendant GAMALIEL OQUENDO did possess a firearm in furtherance of drug trafficking crimes for which he may be prosecuted in a court of the United States, those being: Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, as charged in Count 1; Attempted Possession with Intent to Distribute Cocaine, as charged in Count 2; and Possession with Intent to Distribute Cocaine, as charged in Count 3, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

FORFEITURE

The Grand Jury further charges:

5. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 4 inclusive, are incorporated herein by

reference. As a result of the foregoing offenses, Defendant GAMALIEL OQUENDO shall forfeit to the United States any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such drug violations; any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such drug violations; and, any and all firearms and ammunition involved in or used in the commission of such firearm violation; including, but not limited to, the following:

a. $125,000.00 in U.S. Currency, seized on January 14, 2026; and

b. $5,000.00 in U.S. Currency, seized on January 14, 2026.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.